**STATE of Missouri, Respondent,**

v.

**Delbert L. THOMAS, Appellant.**

No. WD 61120.

Missouri Court of Appeals, Western District.

April 22, 2003.

Nancy A. McKerrow, Columbia, MO, for appellant.

John M. Morris, III, Jefferson City, MO, for respondent.

Sara L. Trower, Co–Counsel, Jefferson City, MO, for respondents.

Before HOWARD, P.J., LOWENSTEIN and HARDWICK, JJ.

**ORDER**

PER CURIAM.

Delbert Thomas appealed from his convictions after jury trial of burglary in the first degree, and assault in the first degree. The Court of Appeals held that: (1) the trial court did not abuse its discretion in allowing the testimony of a rebuttal witness; and (2) it was not plain error for the trial court to not grant a mistrial *sua sponte* after the victim brought up uncharged crimes of the defendant when asked how he knew the defendant. Affirmed. Rule 30.25(b).